NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ATHENAHEALTH, INC.,**
*Appellant*

**v.**

**CARECLOUD CORPORATION,**
*Appellee*

---

2016-1622

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2014-00143.

---

## JUDGMENT

---

GREGORY F. CORBETT, Wolf, Greenfield & Sacks, PC, Boston, MA, argued for appellant. Also represented by JUSTIN COLANNINO, RICHARD GIUNTA.

OZZIE FARRES, Hunton & Williams LLP, Washington, DC, argued for appellee. Also represented by YISUN SONG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  March 10, 2017  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |